FILED

2007 APR 25  P 1: 11

U.S. ░░░░  ░░RT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| PAMELA A. MANN, | : | CIVIL ACTION NO. |
|  | : | 3:06CV1818 (JBA) |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| APEX FINANCIAL MANAGEMENT, LLC | : |  |
| ET AL. | : |  |
|  | : |  |
| Defendant. | : | APRIL 23, 2007 |

## NOTICE OF SETTLEMENT

The defendants in the above-captioned action hereby advise the Court that

plaintiff and defendants have reached a settlement of the above-captioned case and

that counsel are in the process of preparing the papers reflecting the settlement.

Pursuant to Rule 16(b) of the Local Rules of this District, counsel advises the Court of

this settlement and requests that all pending deadlines, motions and pleadings be held

in abeyance pending completion of the settlement documentation and submission of

appropriate stipulations or notices, as the case may be.

DEFENDANTS
APEX FINANCIAL MANAGEMENT
LLC, and MARK SMITH

By: _____
Jonathan D. Elliot (ct05762)

Zeldes, Needle & Cooper
A Professional Corporation
1000 Lafayette Boulevard
Post Office Box 1740
Bridgeport, CT  06604
Tel.    (203) 333-9441
Fax:    (203) 333-1489
jelliot@znclaw.com

Their Attorneys