```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

MANN                                  :

v.                                    :      NO. 3:06cv1818 (JBA)

APEX FINANCIAL                        :

## O R D E R

Counsel reported that this action has been settled in full.  The case now will be administratively closed and the Clerk is directed to close the file without prejudice to reopening on or before May 25, 2007.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may do so on or before May 25, 2007.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with D. Conn. L. Civ. R. 7.

IT IS SO ORDERED.

/s/
Joan Glazer Margolis, USMJ

**Dated at New Haven, Connecticut:**   **April 26, 2007**